IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In the Matter of: : | |
| : | Case Number  22-50216-JPS |
| VICTORY GUNZEL MAYFIELD | |
| : | Chapter 13 |
| Debtor : | |

## MOTION TO USE CASH COLLATERAL

NOW COME VICTORY GUNZEL MAYFIELD, debtor in the above-styled action, pursuant to 11 U.S.C. Sections 1303 and 363(b), and files this her Motion To Use Cash Collateral, respectfully showing the Court as follows:

1.

The debtor filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code on February 28, 2022.

2.

The debtor is indebted to SANTANDER CONSUMER USA, INC.  in the amount of $12,869.08.  Said debt is secured by a first lien on a 2014 Chrysler Town and Country vehicle.

3.

The debtor's said  2014 Chrysler Town and Country vehicle was destroyed in a collision. There are insurance proceeds  payable as a result of this loss.

4.

Said insurance proceeds are made payable to SANTANDER CONSUMER USA, INC.  and the debtor.  These proceeds are, therefore, property of the bankruptcy estate.

5.

The debtors propose to use said insurance proceeds  to purchase a replacement vehicle of a value comparable to the value of the destroyed vehicle.

6.

The debtors show that a vehicle is required in order to go to and from work, and, thus necessary to their effective financial reorganization.

**7.**

The debtors request an order from the Court pursuant to 11 U.S.C. Sections 1303 and 363(d) allowing said insurance proceeds to be used by the debtors to obtain a replacement vehicle as set forth herein above.

WHEREFORE, the debtors pray for an order allowing said insurance proceeds to be used by the debtor to obtain a replacement vehicle.

Respectfully submitted this August 5, 2022.

/s/ Wayne Gilleland
_____

**Wayne Gilleland**
**GA. State Bar No. 294825**
**Attorney for Debtor**

**915 Hill Park, Suite 102**
**P. O. Box 104**
**Macon, Georgia 31202**
**(478) 745-6000**