**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Victory Gunzel Mayfield<br>139 Honeysuckle Lane<br>Jenkinsburg, GA  30234 | **CHAPTER 13**<br><br>**Case Number:** 22-50216-JPS<br><br>**ATTORNEY:**  WAYNE GILLELAND |

**NOTICE OF CONTINUED CONFIRMATION**

NOTICE IS HEREBY GIVEN THAT THE HEARING ON CONFIRMATION, INCLUDING ANY AND ALL PENDING MOTIONS AND OBJECTIONS FILED BY THE TRUSTEE IN THE ABOVE-REFERENCED CASE HAS BEEN CONTINUED.

THIS HEARING WILL BE BROUGHT BEFORE THE COURT ON SEPTEMBER 15, 2022 AT  1:30 PM  IN COURTROOM A, U.S. BANKRUPTCY COURT 433 CHERRY STREET MACON, GEORGIA.

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual.  Please refer to Administrative Order #145 for more guidance.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic Notice to ECF Filers and Consenting Users who represent parties, and  (3) mailed postage prepaid to all other interested parties at their addresses shown below.

**Via Electronic Notice:**

WAYNE GILLELAND                                                                 Philip L. Rubin

**Via U.S. Mail:**

Victory Gunzel Mayfield
139 Honeysuckle Lane
Jenkinsburg, GA  30234

| | |
|---|---|
| **DATED:** August 22, 2022 | **/s/ Camille Hope**<br>Camille Hope, Trustee<br>Office of the Chapter 13 Trustee<br>P.O. Box 954<br>Macon, GA 31202<br>(478) 742-8706 |